IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RYAN URBIN,

    Petitioner,

v.                        CASE NO. 4:13cv52-RH/CAS

MICHAEL D. CREWS,

    Respondent.

_____/

## ORDER FOR TRANSFER

This petition for a writ of habeas corpus under 28 U.S.C. § 2241 is before the court on the magistrate judge's report and recommendation, ECF No. 4, and the objections, ECF No. 7. I have reviewed *de novo* the issues raised by the objections.

The report and recommendation correctly concludes that this case was improperly filed in the Northern District of Florida. The petitioner now acknowledges this. As correctly noted in the report and recommendation, § 2241 allows a petition to be filed in the district where the underlying conviction was entered or the district where the petitioner is in custody. So this case could

properly be transferred to either the Middle District of Florida, where the underlying state-court conviction was entered, or the Southern District of Florida, where the petitioner is now in custody.  The petitioner asks for transfer to the Southern District, but transfer to the Middle District—where the underlying conviction was entered and the discipline at issue was imposed—will be more convenient.  Accordingly,

    IT IS ORDERED:

    The report and recommendation is accepted and adopted as the court's further opinion.  This case is transferred to the United States District Court for the Middle District of Florida.  The clerk must take all steps necessary to effect the transfer.

    SO ORDERED on April 19, 2013.

                                       s/Robert L. Hinkle
                                       United States District Judge